583 A.2d 335
STATE OF NEW JERSEY v. NORMAN BABCOCK.

March 7, 1990.

Petition for certification denied.

583 A.2d 335
STATE OF NEW JERSEY v. CHARLES A. YAGER.

March 7, 1990.

Petition for certification denied.

583 A.2d 336
STATE OF NEW JERSEY v. AARON TROUPE.

March 7, 1990.

Petition for certification denied.

583 A.2d 336
STATE OF NEW JERSEY v. LEWIS MALINOWSKI.

March 7, 1990.

Petition for certification denied.

583 A.2d 336
STATE OF NEW JERSEY v. WALTER TILLERY.

March 7, 1990.

Petition for certification denied.